IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARRIE I., on behalf of her son, GREG I., </br></br>        Plaintiff,</br></br>  vs.</br></br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,</br></br>        Defendant. | CIVIL NO. 11-00464 JMS-RLP</br></br>SUPPLEMENTAL FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS |

SUPPLEMENTAL FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS[1]

On July 25, 2012, the Court issued its Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for an Award of Attorneys' Fees and Costs ("F&R"). See ECF No. 34. In the F&R, the Court permitted Plaintiff's counsel to submit a supplemental declaration, in compliance with LR 54.2(f)(4), regarding its request for $306.24 for internal photocopying costs. Id. at 20-21. In accordance with the F&R,

---

[1] Within fourteen (14) days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1)(B), file written objections in the United States District Court. A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation. If no objections are filed, no appellate review will be allowed.

on July 31, 2012, Plaintiff's counsel, Stanley Levin, submitted his supplemental declaration. See ECF No. 35.

The Court HEREBY SUPPLEMENTS its F&R as follows, leaving the remainder of the F&R unchanged:

ANALYSIS

**D. Calculation of Costs**

Local Rule 54.2(f)(4) provides, in relevant part:

> The cost of copies necessarily obtained for use in the case is taxable provided the party seeking recovery submits an affidavit describing the documents copied, the number of pages copied, the cost per page, and the use of or intended purpose for the items copied. As of the effective date of these rules, the practice of this court is to allow taxation of copies at $.15 per page or the actual cost charged by commercial copiers, provided such charges are reasonable.

LR 54.2(f)(4).

Based on its review of Plaintiff's counsel's supplemental declaration, see ECF No. 35, the Court finds that Plaintiff's internal photocopying costs were adequately documented. However, the Court finds that such costs were not incurred at a reasonable rate. Plaintiff's counsel states that Plaintiff was charged for 1392 copies at $.22 per copy. See Levin Supp. Decl. ¶ 5. Because the Levin Education Access Project ("LEAP") is housed at the offices of Davis Levin Livingston ("DLL"), Plaintiff's counsel asserts that these costs should be characterized as commercial photocopying costs. See

id. at ¶¶ 3, 8.  The Court finds that DLL is not a commercial copier.  Even if it was, the Court further finds that $.22 per page is unreasonable.  The Court notes that Plaintiff's counsel did, in fact, outsource some of its photocopying to a commercial copier, Professional Image, which charged Plaintiff $.12 per page.  See Levin Decl. Ex. F (charging $31.68 for 264 copies).  The Court finds that Plaintiff should be limited to a reasonable cost of $.15 per page for its internal photocopying costs, which including Hawaii's general excise tax, total $218.64.[2]  Accordingly, the Court recommends that the District Judge tax costs against Defendant and in favor of Plaintiff in the amount of $903.11.[3]

CONCLUSION

In accordance with the foregoing, the Court FINDS and RECOMMENDS that Plaintiff's Motion for Award of Attorneys' Fees and Costs, filed on June 15, 2012, be GRANTED IN PART AND DENIED IN PART.  The Court RECOMMENDS that the District Judge AWARD Plaintiff $44,806.26 in attorneys' fees and $903.11 in costs, for a total award of $45,709.37.

IT IS SO FOUND AND RECOMMENDED.

///

///

---

[2] 1392 copies x $.15 = $208.80 + 0.04712% tax = $218.64.

[3] $684.47 previously recommended costs + $218.64 internal photocopying costs = $903.11 total costs.

DATED AT HONOLULU, HAWAII, AUGUST 1, 2012.



_____
Richard L. Puglisi
United States Magistrate Judge

CARRIE I. EX REL. GREG I. V. DEP'T OF EDUC., HAW.; CIVIL NO. 11-00464 JMS-RLP; SUPPLEMENTAL FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS