IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CARRIE I., on behalf of her son, GREG I., | ) | CIVIL NO. 11-00464 JMS/RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Supplemental Findings and Recommendation having been filed and served on all parties on August 2, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant In Part And Deny In Part Plaintiff's Motion For An Award of Attorneys' Fees And Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 23, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge